IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

v.  CRIMINAL ACTION NO. 2:24-cr-00129

DONALD A. ENNIS

### WRITTEN PLEA OF GUILTY

In the presence of Rachel Zimarowski, my counsel, who has fully explained the charges contained in the Information against me, and having received a copy of the Information before being called upon to plead, I hereby plead guilty to the charges contained in Counts One and Two of the Information

DATE: 8-21-24

_____
DEFENDANT

WITNESS:

_____
COUNSEL FOR DEFENDANT