IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**UNITED STATES OF AMERICA**

v.                                                                           Criminal No. 2:24-00129

**DONALD A. ENNIS**

### ORDER

Upon consideration of the defendant's motion to modify the conditions of his bond, it is hereby **ORDERED**:

1. That the motion is **GRANTED**;

2. That Condition 7(f) of his bond is modified to permit him to travel to the Northern District of West Virginia as necessary for work; and

3. That all other conditions of his supervision remain in effect.

The Court **DIRECTS** the Clerk to send a Copy of this order to the defendant, counsel of record, and the U.S. Probation Office.

Entered: August _____, 2024.

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE