IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

v.   CRIMINAL ACTION NO. 2:24-cr-00129

DONALD A. ENNIS

ORDER

For reasons appearing to the court, the sentencing hearing previously scheduled in this matter for November 18, 2024, is **CONTINUED to February 20, 2025, at 10:00 a.m.** The dates regarding the presentence report are amended as follows:

1. The Probation Office shall prepare and forward a draft presentence report to the United States and counsel for the defendant no later than **January 9, 2025**;

2. The United States Attorney and counsel for the defendant shall file objections to the draft presentence report no later than **January 23, 2025**;

3. The Probation Office shall submit a final presentence report to the court no later than **February 6, 2025**; and

4. The United States Attorney and counsel for the defendant shall file a sentencing memorandum no later than **February 13, 2025**.

The court **DIRECTS** the Clerk to send a copy of this Order to defense counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

ENTER: October 1, 2024

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE